IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JASON CHARLES SNOW,              )
                                 )
    Plaintiff,                   )
                                 )   Civil Action No. 12-5 Erie
        v.                    )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
    Defendant.                   )

## MEMORANDUM ORDER

This social security action was received by the Clerk of Court on January 11, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 14], filed on January 15, 2013, recommended that: the Plaintiff's Motion for Summary Judgment [ECF No. 9] be denied, the Defendant's Motion for Summary Judgment [ECF No. 12] be granted, and the decision of the administrative law judge ("ALJ") be affirmed. The parties were allowed fourteen (14) days from the date of service to file objections, and Plaintiff filed Objections on February 1, 2013. [ECF No. 15]. After de novo review of the documents in the case, together with the Report and Recommendation and Objections thereto, the following Order is entered:

AND NOW, this 11th day of February, 2013;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment [ECF No. 9] is DENIED, the Defendant's Motion for Summary Judgment [ECF No. 12] is GRANTED, and the decision of the ALJ is hereby AFFIRMED. JUDGMENT is hereby

entered in favor of Defendant, Michael J. Astrue, Commissioner of Social Security, and against Plaintiff, Jason Charles Snow.

The Report and Recommendation [ECF No. 14] of Magistrate Judge Baxter, filed on January 15, 2013, is adopted as the opinion of the Court.

The Clerk is directed to mark the case closed.


                                            s/   Sean J. McLaughlin
                                                United States District Judge


cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge